UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALEXANDER BRANDON SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | No.  18-cv-1008 |
| v. | ) | |
| | ) | The Honorable John Z. Lee |
| | ) | |
| SKOKIE MOTOR SALES, INC. d/b/a, | ) | |
| SHERMAN CHRYSLER DODGE | ) | |
| JEEP RAM, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff, ALEXANDER SMITH, by counsel, Edward Roy Moor, and SKOKIE MOTOR SALES, INC., by counsel Scott Cruz, respectfully submit the following for their Joint Status Report pursuant to the Court's request:

1. The parties have settled the case and are currently in the process of exchanging the paperwork to finalize the settlement. The Plaintiff will file a Rule 41 Stipulation to Dismiss with Prejudice signed by the parties within three (3) days of the checks being received. The parties anticipate that such a Stipulation can be filed with the next twenty-one (21) days.

Respectfully submitted,

| | |
|---|---|
| ALEXENDER SMITH, Plaintiff | SMITH SHERMAN DODGE, Defendant |
| /s/      Edward Roy Moor | /s/      Scott Cruz |
| Edward Roy Moor | Scott Cruz |
| Moor Law Office, P.C. | Greensfelder Hemker & Gale PC |
| One North LaSalle Street, Suite 600 | 200 W Madison Street, Suite #3300 |
| Chicago, Illinois 60602 | Chicago, Illinois 60606 |
| 312-726-6207 | (312) 419-9090 |